**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

MAR 23 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNIFER PATRICIA HERNANDEZ, AKA Cindy Angelica Botello, Petitioner, v. JEFFERSON B. SESSIONS III, Attorney General, Respondent. | No.  15-72824 Agency No. A088-349-865 MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 13, 2018**

Before:    LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

Jennifer Patricia Hernandez, a native and citizen of Honduras, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for asylum and withholding

of removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

substantial evidence the agency's findings of fact. *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008). We deny in part and dismiss in part the petition for review.

Substantial evidence supports the agency's determination that Hernandez failed to establish that she was or would be persecuted on account of a protected ground. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (applicant's "desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground"). We lack jurisdiction to consider Hernandez's proposed social group that she raises for the first time in her opening brief. *See Sola v. Holder*, 720 F.3d 1134, 1135 (9th Cir. 2013) (petitioner must exhaust issues or claims in administrative proceedings below). Thus, Hernandez's asylum and withholding of removal claims fail. *See Zetino*, 622 F.3d at 1015-16.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**